Case: 1:26-mj-000155
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 9/3/2026
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

1. On September 1, 2026, at approximately 11:14 p.m., United States Park Police were conducting routine patrol in the 4900 block of G Street Southeast in Washington, D.C. Officers observed large clouds of smoke emanating in the air inside a parking lot. Officers entered the parking lot and approached the building located at 4953 G Street Southeast.

2. Officer Vanriel approached an individual, who later self-identified himself as Joseph Pierre HARRIS, III, who was smoking what appeared to be a white marijuana cigarette. HARRIS was standing next to an open driver-side door of a Toyota with Maryland license plate 7GR1742. As Officer Vanriel approached, he smelt an odor consistent with that of burnt marijuana and observed HARRIS drop the marijuana cigarette to the ground.

3. Officer Vanriel then observed HARRIS move closer to the open driver's door, which partially shielded HARRIS's body from the view of officers. Officer Vanriel attempted to stop HARRIS and that point felt a hard metal object in the front right portion of his waistband. Based on his training and experience, Officer Vanriel recognized the hard object to be a firearm. Sergeant Payne approached both Officer Vanriel and HARRIS to assist Officer Vanriel and removed the firearm from HARRIS's waistband.




*Figure 1: A screenshot of officer body-worn camera in which the firearm is removed from HARRIS's waistband.*

4. Sgt. Payne also recovered the burnt marijuana cigarette that HARRIS had dropped. Th marijuana cigarette was recovered from the ground in the area by the rear driver's side of the vehicle. At the time Sgt. Payne recovered the marijuana cigarette, one of the ends appeared to still be glowing after having been lit.




*Figure 2: A screenshot of officer body-worn camera in which the burnt marijuana cigarette is recovered from the ground.*

5. The firearm that was recovered was a black 9mm Taurus G3, serial number ADE321601. The firearm was loaded with one round of 9mm ammunition in the chamber and 7 rounds 9mm ammunition in a 17-capacity magazine. A check of police records revealed HARRIS was not licensed to possess a firearm in the District of Columbia, nor was the firearm registered in the District of Columbia.



*Figure 3: The firearm that was recovered from HARRIS's front waistband and the burnt marijuana cigarette that was recovered from the ground by Sgt. Payne.*

6. The recovered marijuana cigarette tested positive for containing THC and weighed 0.4 grams.




*Figure 4: The white marijuana cigarette that was recovered from where Harris dropped it.*

7. Officers conducted a criminal history check and confirmed HARRIS's identity. Additionally, the criminal history check revealed that HARRIS was convicted of Reckless Endangerment and Loaded Handgun on Person on November 13, 2025, in Montgomery Circuit Court, Maryland in case number C-15-CR-25-000841. For that conviction, HARRIS received a sentence of 5 years of incarceration, with 4 years suspended, and 3 years of probation.

8. There are no firearms or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia. Based on the facts contained in this affidavit, there is probable cause to believe that Joseph Pierre HARRIS, III unlawfully possessed a firearm and ammunition after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

0734

Margodane Vanriel
Officer, Badge #0734
U.S. Park Police

Subscribed and sworn by telephone pursuant to Federal Rule of Criminal Procedure 4.1 on September 3, 2026.

HON. ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE